July 13, 2012

Lambert Adumekwe
9700 Court Glen Apt. 403
Houston, TX 77099
Ms. Dana Marie Gannon
Smith & Carr, P.C.
9235 Katy Freeway, Suite 200
Houston, TX 77024

RE: Case Number: 12-0561
 Court of Appeals Number: 14-12-00169-CV
 Trial Court Number:

Style: LAMBERT ADUMEKWE
 v.
 NEW HAMPSHIRE INSURANCE COMPANY

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed abatement order
in the above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Christopher A. |
| |Prine |